IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS

**ARKANSAS TIMES LP**                                                                              **PLAINTIFF**

       **v.**                        **Case No. 4:18CV00914 BSM**

**MARK WALDRIP, JOHN GOODSON,
MORRIL HARRIMAN, KELLY EICHLER,
DAVID PRYOR, STEPHEN BROUGHTON,
C.C. GIBSON, SHEFFIELD NELSON,
TOMMY BOYER, and STEVE COX, in their
official capacities as Trustees of the University of
Arkansas Board of Trustees**                                          **DEFENDANTS**

## DEFENDANTS' MOTION TO DISMISS

Mark Waldrip, John Goodson, Morril Harriman, Kelly Eichler, David Pryor, Stephen Broughton, C.C. Gibson, Sheffield Nelson, Tommy Bowyer, and Steve Cox, in their official capacities as Trustees of the University of Arkansas Board of Trustees, move to dismiss the Plaintiff's complaint under Rule 12(b)(6) of the Federal Rules of Civil Procedure, for the reasons stated in the accompanying brief.

                                                                          Respectfully submitted,

                                                                          LESLIE RUTLEDGE
                                                                          Attorney General

                                                                          */s/ Dylan L. Jacobs*
                                                                          Nicholas J. Bronni (Ark. Bar No. 2016097)
                                                                            Arkansas Solicitor General
                                                                          Michael A. Cantrell (Ark. Bar No. 2012287)
                                                                           Dylan L. Jacobs (Ark. Bar No. 2016167)
                                                                           Assistant Solicitors General
                                                                          Arkansas Attorney General's Office
                                                                           323 Center Street, Suite 200
                                                                           Little Rock, AR 72201
                                                                           Telephone: (501) 682-3661
                                                                           Fax: (501) 682-2591
                                                                           Dylan.Jacobs@arkansasag.gov
                                                                           *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

    I, Dylan L. Jacobs, hereby certify that on January 2, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notification of the filing to any participants.

*/s/ Dylan L. Jacobs*
Dylan L. Jacobs
