### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**ARKANSAS TIMES LP**                                                                                     **PLAINTIFF**

v.                                          NO. 4:18CV00914 BSM

**WALDRIP et al**                                                                                        **DEFENDANTS**

## ORDER

Bettina Brownstein, John Burnettt, Vera Eidelman, Brian Hauss, Nicholas Jacob Bronni, Michael Cantrell, and Dylan Jacobs, along with their assistants, are hereby authorized to bring a cell phone, laptop computer, or personal digital assistant into the Richard Sheppard Arnold United States Courthouse in Little Rock beginning Friday, January 4, 2019, in the above styled case, subject to the following rules:

1. The devices mentioned above may not be used to record, photograph, or film anyone or anything inside the courthouse.

2. Cell phones must be turned off and put away when in the courtroom.

3. Wireless internet components of electronic devices must be deactivated when in district courtrooms.

4. Before persons with electronic devices are granted entry into the courthouse, all devices must be examined by the United States Marshals Service or Court Security Personnel. This examination includes, but is not limited to placing the devise through electronic screening machines and requiring the person possessing the device to turn the power to the device off and on.

5.  The United States Marshals Service may further restrict electronic devices from entering the building should a threat assessment so dictate.

A violation of paragraph (1), (2), or (3) may result in seizure of the electronic devices, withdrawal of the privilege to bring an electronic device into the courthouse, or other sanctions.  A violation of the prohibition on recording, photographing, or filming anyone or anything inside the courthouse may be punished as contempt of court.

IT IS SO ORDERED this 4th day of January 2019.

_____
UNITED STATES DISTRICT JUDGE