IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**ARKANSAS TIMES LP**                                                                       **PLAINTIFF**

v.                         CASE NO. 4:18-CV-914-BSM

**MARK WALDRIP, JOHN GOODSON,
MORRIL HARRIMAN, KELLY EICHLER,
DAVID PRYOR, STEPHEN BROUGHTON,
C.C. GIBSON, SHEFFIELD NELSON,
TOMMY BOYER, and STEVE COX, in their
official capacities as Trustees of the University
of Arkansas Board of Trustees**                                                   **DEFENDANTS**

## NOTICE OF APPEARANCE

Assistant Attorney General Kat Guest hereby enters her appearance as counsel for Defendants, Mark Waldrip, John Goodson, Morril Harriman, Kelly Eichler, David Pryor, Stephen Broughton, C.C. Gibson, Sheffield Nelson, Tommy Boyer, and Steve Cox and requests that all future service and correspondence be sent accordingly. I hereby certify that I am admitted to practice in this Court.

        Respectfully submitted,

        LESLIE RUTLEDGE
        Attorney General

By:   */s/ Kat Guest*
      Kat Guest
      Ark Bar No. 2003100
      Assistant Attorney General
      Arkansas Attorney General's Office
      323 Center Street, Suite 200
      Little Rock, AR 72201
      Phone:  (501) 682-1307
      Fax:     (501) 682-2591
      Email:  KaTina.Guest@ArkansasAG.gov

## **CERTIFICATE OF SERVICE**

    I, Kat Guest, hereby certify that on January 4, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.