IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARKANSAS TIMES LP                                                      PLAINTIFF

v.                      CASE NO. 4:18-CV-00914 BSM

MARK WALDRIP, et al.                                       DEFENDANTS

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 23rd day of January 2019.

_____
UNITED STATES DISTRICT JUDGE