# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

February 25, 2019

Mr. Brian Hauss
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
18th Floor
125 Broad Street
New York, NY  10004-0000

     RE:  19-1378  Arkansas Times LP v. Mark Waldrip, et al   4:18-cv-00914-BSM

Dear Counsel:

     The district court clerk has transmitted a notice of appeal in this matter, and we have docketed it under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

     Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

     We note the docketing fee is pending. Please pay the $505 docket and filing fees to the district court clerk immediately. Failure to pay the fee will result in issuance of an order to show cause why the appeal should not be dismissed.

     The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A. Sample briefs may be obtained by contacting the St. Louis Clerk's office.

     Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

If you have any questions about the schedule or procedures for the case, please contact our office

Michael E. Gans
Clerk of Court

TMF

Enclosure(s)

cc: Mr. Nicholas Jacob Bronni
    Ms. Bettina E. Brownstein
    Mr. John Lindsay Burnett
    Mr. Michael A. Cantrell
    Mr. Vera Eidelman
    Ms. Ka Tina Rena Guest
    Mr. Dylan L. Jacobs
    Mr. Jim McCormack

District Court/Agency Case Number(s): 4:18-cv-00914-BSM

**Caption For Case Number:   19-1378**

Arkansas Times LP

       Plaintiff - Appellant

v.

Mark Waldrip, in his official capacity as Trustee of the University of Arkansas Board of Trustees; John Goodson, in his official capacity as Trustee of the University of Arkansas Board of Trustees; Kelly Eichler, in her official capacity as Trustee of the University of Arkansas Board of Trustees; David Pryor, in his official capacity as Trustee of the University of Arkansas Board of Trustees; Stephen Broughton, in his official capacity as Trustee of the University of Arkansas Board of Trustees; C C Gibson, in his official capacity as Trustee of the University of Arkansas Board of Trustees; Tommy Boyer, in his official capacity as Trustee of the University of Arkansas Board of Trustees; Steve Cox, in his official capacity as Trustee of the University of Arkansas Board of Trustees

       Defendants - Appellees

**Addresses For Case Participants:   19-1378**

Mr. Brian Hauss
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
18th Floor
125 Broad Street
New York, NY  10004-0000

Mr. Nicholas Jacob Bronni
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

Ms. Bettina E. Brownstein
904 W. Second Street
Little Rock, AR  72201-0000

Mr. John Lindsay Burnett
LAVEY & BURNETT
904 W. Second Street
P.O. Box 2657
Little Rock, AR  72203-2657

Mr. Michael A. Cantrell
ATTORNEY GENERAL'S OFFICE
Suite 200
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

Mr. Vera Eidelman
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
18th Floor
125 Broad Street
New York, NY  10004-0000

Ms. Ka Tina Rena Guest
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

Mr. Dylan L. Jacobs
ATTORNEY GENERAL'S OFFICE
200 Catlett-Prien Building
323 Center Street
Little Rock, AR  72201-0000

Mr. Jim McCormack
U.S. DISTRICT COURT
Eastern District of Arkansas

Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000



**19-1378 Arkansas Times LP v. Mark Waldrip, et al "CIVIL case docketed" (4:18-cv-00914-BSM)**

*ca08ml_cmecf_Notify*   to:   02/25/2019 04:32 PM

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 02/25/2019

| | |
|---|---|
| **Case Name:** | Arkansas Times LP v. Mark Waldrip, et al |
| **Case Number:** | 19-1378 |
| **Document(s):** | Document(s) |

**Docket Text:**
Civil case docketed. [4759777] [19-1378] (Taisha Foster)

**Notice will be electronically mailed to:**

Mr. Nicholas Jacob Bronni: nicholas.bronni@arkansasag.gov
Ms. Bettina E. Brownstein: bettinabrownstein@gmail.com
Mr. John Lindsay Burnett: jburnett@laveyandburnett.com
Mr. Michael A. Cantrell, Assistant Solicitor General: Michael.Cantrell@ArkansasAG.gov, cheryl.hall@arkansasag.gov
Mr. Vera Eidelman: veidelman@aclu.org
Ms. Ka Tina Rena Guest: katina.guest@arkansasag.gov
Mr. Brian Hauss: bhauss@aclu.org
Mr. Dylan L. Jacobs, Assistant Solicitor General: dylan.jacobs@arkansasag.gov, vincent.wagner@arkansasag.gov
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov


The following document(s) are associated with this transaction:
**Document Description:** Civil Docketing Letter
**Original Filename:**
/opt/ACECF/live/forms/TaishaFoster_191378_4759777_CivilDocketingLetters_104.pdf
**Electronic Document Stamp:**

[STAMP acecfStamp_ID=1105112566 [Date=02/25/2019] [FileNumber=4759777-0] [32778587d46dfde88991444add48c79185f0e120662a2dbf38f63ec52a2c2fc8f7a4acfc3b2f2bbc54018e3e7e61a622236acee07ce3e5e83ccccdfd78ac81b7]]

**Recipients:**
- [Mr. Nicholas Jacob Bronni](#)
- [Ms. Bettina E. Brownstein](#)
- [Mr. John Lindsay Burnett](#)
- [Mr. Michael A. Cantrell, Assistant Solicitor General](#)
- [Mr. Vera Eidelman](#)
- [Ms. Ka Tina Rena Guest](#)
- [Mr. Brian Hauss](#)
- [Mr. Dylan L. Jacobs, Assistant Solicitor General](#)
- [Mr. Jim McCormack, Clerk of Court](#)

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4759777
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 6235525, 6235526

# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

## APPEAL BRIEFING SCHEDULE ORDER

Appeal No.     19-1378   Arkansas Times LP v. Mark Waldrip, et al

Date:          February 25, 2019

## APPEAL REQUIREMENTS

1. Complete and file immediately:
   A. Corporate Disclosure Statement. See 8th Cir. R. 26.1A.
   B. Entry of Appearance Form.
      Forms are available at: www.ca8.uscourts.gov/all-forms

2. Prepare the Record on Appeal:
   A. Within 10 days, confer with opposing counsel and determine the method of Appendix preparation. See FRAP 30 and 8th Cir. R. 30A.
   B. Within 14 days, order any transcripts required for the appeal and arrange for payment. If no transcript is required, file a certificate of waiver. See FRAP 10(b). Appellee should order any additional transcripts within 14 days of appellant's order.
   C. Review the "Record on Appeal" at: www.ca8.uscourts.gov/appeal-preparation-information .

3. Review "Briefing Checklist" and "Pointers on Preparing Briefs" at:
   www.ca8.uscourts.gov/appeal-preparation-information .

## GENERAL INFORMATION

The following filing dates are established for the appeal. The dates will only be extended upon the filing of a timely motion establishing good cause for an extension of time. An extension of time automatically extends the filing date for the responding or replying party's brief. Dates are advanced if a party files its brief before the due date. Please refer to FRAP 25, FRAP 26 and FRAP 31 for provisions governing filing and service, as well as computing and extending time.

The Federal Rules of Appellate Procedure and the Eighth Circuit's Local Rules may be found at www.ca8.uscourts.gov/rules-procedures

The Practitioner's Handbook and the Court's Internal Operating Procedures may also be found at the same address.

## APPEAL BRIEFING SCHEDULE
## FILING DATES:

Method of Appendix Preparation Notification. . . . . . . . . . . . . . . . . . . . . . **14 days from today**

Designation & Statement of Issues-Appellant . . . . . . . . . . . . . . . . . . . . . . **14 days from today**

Designation of Record-Appellee. . . . . . . . . . **10 days from service of appellant's designation**

Appendix (3 copies) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **04/08/2019**
    **( Arkansas Times LP )**

Appellant Brief with addendum . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **04/08/2019**
    **( Arkansas Times LP )**

Appellee Brief. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **30 days from the date the court issues the Notice of Docket Activity filing the brief.**

Reply Brief . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .**21 days from the date the court issues the Notice of Docket Activity filing the brief.**

## ALL BRIEFS AND APPENDICES SHOULD BE
## FILED WITH THE ST. LOUIS OFFICE



**19-1378 Arkansas Times LP v. Mark Waldrip, et al "Civil Briefing Schedule Set" (4:18-cv-00914-BSM)**

ca08ml_cmecf_Notify   to:                                                02/25/2019 04:38 PM

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 02/25/2019

| | |
|---|---|
| **Case Name:** | Arkansas Times LP v. Mark Waldrip, et al |
| **Case Number:** | 19-1378 |
| **Document(s):** | Document(s) |

**Docket Text:**
BRIEFING SCHEDULE SET AS FOLLOWS:
Appendix due on 04/08/2019. BRIEF OF APPELLANT Arkansas Times LP due 04/08/2019. Appellee brief is due 30 days from the date the court issues the Notice of Docket Activity filing the brief of appellant.
Appellant reply brief is due 21 days from the date the court issues the Notice of Docket Activity filing the appellee brief. [4759786] [19-1378] (Taisha Foster)

**Notice will be electronically mailed to:**

Mr. Nicholas Jacob Bronni: nicholas.bronni@arkansasag.gov
Ms. Bettina E. Brownstein: bettinabrownstein@gmail.com
Mr. John Lindsay Burnett: jburnett@laveyandburnett.com
Mr. Michael A. Cantrell, Assistant Solicitor General: Michael.Cantrell@ArkansasAG.gov, cheryl.hall@arkansasag.gov
Mr. Vera Eidelman: veidelman@aclu.org
Ms. Ka Tina Rena Guest: katina.guest@arkansasag.gov
Mr. Brian Hauss: bhauss@aclu.org
Mr. Dylan L. Jacobs, Assistant Solicitor General: dylan.jacobs@arkansasag.gov, vincent.wagner@arkansasag.gov
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov

The following document(s) are associated with this transaction:
**Document Description:** Briefing Schedule
**Original Filename:**
/opt/ACECF/live/forms/TaishaFoster_191378_4759786_AppealBriefingSchedule_172.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=02/25/2019] [FileNumber=4759786-0]
[58d0abcec54a248fad28fbd57a2c1b199b62c3c7f26616c21d8b709c99cb1c253dc3d9bdf9b6bd7e17328765afb13e986149c74a60093e24ad8b4ae10eb75008]]
**Recipients:**
- Mr. Nicholas Jacob Bronni
- Ms. Bettina E. Brownstein
- Mr. John Lindsay Burnett
- Mr. Michael A. Cantrell, Assistant Solicitor General
- Mr. Vera Eidelman
- Ms. Ka Tina Rena Guest
- Mr. Brian Hauss
- Mr. Dylan L. Jacobs, Assistant Solicitor General
- Mr. Jim McCormack, Clerk of Court

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 4759786
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 6235548, 6235549