# United States Court of Appeals
### For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
### St. Louis, Missouri 63102

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

October 26, 2022

Ms. Tammy H. Downs
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

     RE:  19-1378  Arkansas Times LP v. Mark Waldrip, et al

Dear Clerk:

     Enclosed is a copy of a letter from the Supreme Court stating certiorari has been filed in the referenced case.

                              Michael E. Gans
                              Clerk of Court

BNW

Enclosure(s)

     District Court/Agency Case Number(s):   4:18-cv-00914-BSM

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

October 24, 2022

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Room 24.329
St. Louis, MO 63102-1125


Re:  Arkansas Times LP
     v. Mark Waldrip, as Trustee of the University of Arkansas Board
     of Trustees, et al.
     No. 22-379
     (Your No. 19-1378)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 20, 2022 and placed on the docket October 24, 2022 as No. 22-379.


Sincerely,

**Scott S. Harris**, Clerk

by

Susan Frimpong
Case Analyst

# John Hibbs

| | |
|---|---|
| **From:** | ca08ml_cmecf_Notify@ca8.uscourts.gov |
| **Sent:** | Wednesday, October 26, 2022 2:46 PM |
| **Subject:** | 19-1378 Arkansas Times LP v. Mark Waldrip, et al "Supreme Court notice of cert filed" (4:18-cv-00914-BSM) |

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

## Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was entered on 10/26/2022 at 2:44:53 PM Central Daylight Time and filed on 10/24/2022

| | |
|---|---|
| **Case Name:** | Arkansas Times LP v. Mark Waldrip, et al |
| **Case Number:** | 19-1378 |
| **Document(s):** | Document(s) |

**Docket Text:**
U.S. Supreme Court Notice of cert filed in the Supreme Court on 10/20/2022, case No. 22-379. [5211865] [19-1378] (Britny Williams)

**Notice will be electronically mailed to:**

Ms. Tammy H. Downs, Clerk of Court: ared_appeals@ared.uscourts.gov

The following document(s) are associated with this transaction:
**Document Description:** Supreme Court Notice Filed
**Original Filename:** /opt/ACECF/live/forms/BritnyWilliams_191378_5211865_SupremeCourtNoticeFiled_255.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=10/24/2022] [FileNumber=5211865-1]
[341c3f72c4b12e49f5f57387790770d3486784ac76cd385141742af3093825cc433c14745455f7598ded4ee1174c186d161fce28c3e4bf096afccd8205e828f0]]
**Recipients:**

- Ms. Tammy H. Downs, Clerk of Court

**Document Description:** SC Cert Notice
**Original Filename:** 19-1378.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=10/24/2022] [FileNumber=5211865-0]

[80293ed59f05d8cb238ced836771a06a3d3725bf47c0580c32c11196507f166213f1140cde16613ba60f73e5dc828875b768f0ea9a039bccb6f960421cf9739d]]

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 5211865
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 7145448, 7145449